JESSE S. KAPLAN    CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
APRIL DAVIS

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| APRIL DAVIS, | No.  2:15-cv-00766-KJN |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to December 18, 2015.

This extension is requested because of a combination of other work and scheduled vacation of plaintiff's counsel.

[Pleading Title] - 1

Dated: November 25, 2015                         /s/   Jesse S. Kaplan
                                                 JESSE S. KAPLAN
                                                 Attorney for Plaintiff

                                                 BENJAMIN B. WAGNER
                                                 United States Attorney
                                                 DEBORAH LEE STACHEL
                                                 Acting Regional Counsel, Region IX
                                                 Social Security Administration


Dated: November 25, 2015                           /s/ per e-mail authorization

                                                 JENNIFER A. KENNEY
                                                 Special Assistant U.S. Attorney
                                                 Attorney for Defendant


## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to December 18, 2015. All case deadlines are adjusted accordingly.

IT IS SO ORDERED.

Dated:  December 2, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE