**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**APRIL DAVIS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| APRIL DAVIS, | No.   2:15-cv-00766-KJN |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR SECOND EXTENSION OF PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. _____/ | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to December 24, 2015.

    This is a second extension, but of only six days.

Dated: December 18, 2015                              */s/   Jesse S. Kaplan*
                                                                                                                       JESSE S. KAPLAN
                                                                                                                       Attorney for Plaintiff

[Pleading Title] - 1

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Counsel, Region IX
Social Security Administration

Dated:  December 18, 2015           /s/   per email authorization

JENNIFER A. KENNEY
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

Based on the parties' stipulation, plaintiff's time to file a motion for summary judgment brief is extended to December 24, 2015.  All other case deadlines are adjusted accordingly.

IT IS SO ORDERED.

Dated:  December 22, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE