BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: jennifer.a.kenney@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| APRIL DAVIS, | Case No.: 2:15-CV-00766-KJN |
| Plaintiff, | STIPULATION AND ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FILE ITS CROSS-MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment and file its Cross-Motion for Summary Judgment. This extension is requested due to Defendant's counsel's exceptionally heavy workload. In particular, Defendant's counsel has two other district court briefs that are due the same day as the one in the instant case. In addition, Defendant's counsel is representing the agency in an employment law matter in active litigation before the Equal Employment Opportunity Commission that requires significant travel out-of-state and the deposition of approximately ten witnesses in the next few

Stip. & Prop. Order to Extend 2:15-CV-00766-KJN      1

weeks.  Defendant's counsel is also preparing for an oral argument before the Ninth Circuit Court of Appeals and drafting an Appellate Brief, both in February.  The current due date for Defendant's Cross-Motion for Summary Judgement is January 25, 2016.  The new due date will be February 24, 2016.

     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                Respectfully submitted,

Dated: January 25, 2016        /s/  Jesse S. Kaplan
                                      (as authorized by email on Jan. 25, 2016)
                                      JESSE S. KAPLAN
                                      Attorney for Plaintiff

Dated: January 25, 2016        BENJAMIN B. WAGNER
                                      United States Attorney
                                      DEBORAH LEE STACHEL
                                      Acting Regional Chief Counsel, Region IX,
                                      Social Security Administration

                          By:     /s/  Jennifer A. Kenney
                                      JENNIFER A. KENNEY
                                      Special Assistant U.S. Attorney
                                      Attorneys for Defendant

                                      **<u>ORDER</u>**

APPROVED AND SO ORDERED:

Dated:  January 26, 2016

                                                      _/s/ Kendall J. Newman_
                                                      KENDALL J. NEWMAN
                                                      UNITED STATES MAGISTRATE JUDGE