BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: jennifer.a.kenney@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| APRIL DAVIS,<br><br>    Plaintiff,<br><br>      vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-CV-00766-KJN<br><br>STIPULATION AND ORDER FOR A SECOND EXTENSION OF 30 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FILE ITS CROSS-MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have a second extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment and file its Cross-Motion for Summary Judgment. This extension is requested because Defendant's counsel's will be on work-related travel out of state through the date Defendant's Cross-Motion is currently due. These travel dates were not anticipated at the time of the previous request for an extension. The additional time requested will enable Defendant's counsel to adequately research the issues presented in Plaintiff's Motion for Summary Judgment. The current due date for Defendant's Cross-Motion for Summary

Stip. & Prop. Order to Extend 2:15-CV-00766-KJN      1

Judgement is February 24, 2016.  The new due date will be March 25, 2016.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

    Defendant's counsel does anticipate any further extensions will be necessary and sincerely apologizes for any inconvenience.

                                          Respectfully submitted,

Dated: February 23, 2016             /s/  Jesse S. Kaplan
                                           (as authorized by email on Feb. 18, 2016)
                                           JESSE S. KAPLAN
                                           Attorney for Plaintiff

Dated: February 23, 2016             BENJAMIN B. WAGNER
                                           United States Attorney
                                           DEBORAH LEE STACHEL
                                           Acting Regional Chief Counsel, Region IX,
                                           Social Security Administration

                               By:     /s/  Jennifer A. Kenney
                                           JENNIFER A. KENNEY
                                           Special Assistant U.S. Attorney
                                           Attorneys for Defendant

## **ORDER**

APPROVED AND SO ORDERED:

Dated:  February 25, 2016

                                             KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE